

# MEMORANDUM

**To:** The Honorable Walter H. Rice
United States District Judge

**From:** Melissa Stidham
United States Probation Officer

**Re:** CARTER, Antonio A.
Case #3:10CR168

**Date:** May 5, 2017

## REQUEST FOR PERMISSION TO TRAVEL OUT OF THE UNITED STATES

On February 3, 2011, Antonio Carter was sentenced to a term of imprisonment for 21 months and five years supervised release. He was sentenced as a result of his conviction for Bank Fraud and Aiding and Abetting, in violation of 18 U.S.C. § 1344 and § 2, a Class B felony. Mr. Carter began his term of supervised release on October 13, 2015.

Mr. Carter has requested permission to travel to the Dominican Republic for leisure. He is requesting to depart on June 1, 2017 and return on June 4, 2017. Mr. Carter has not proceeded to pay for or book his travel as he is aware he must first obtain permission from the Court.

As the Court will recall, Mr. Carter has requested travel outside the country on previous occasions. Mr. Carter continues to remain in full compliance with supervision. Since beginning supervision, Mr. Carter has maintained employment, completed 100 hours community service work, remained free of all illicit substances, has child support deducted from his pay check and has provided documentation of sending money to his wife in Las Vegas, Nevada to assist in the care of his son. Mr. Carter has also traveled to and from Las Vegas to assist in caring for his son and to bond with him. In addition, Mr. Carter has not been arrested or convicted of any new charges while on supervision and has reported as directed and stayed in contact with this officer.

It should also be noted that as a result of the Post Conviction Risk Assessment evaluation that is now done on every post conviction supervision case, Mr. Carter is identified as an offender that possesses a Low/Moderate risk to reoffend. As a result of this classification, Mr. Carter is supposed to be monitored minimally as a best practice to not over supervise him and put him at risk to re-offend (the Administrative Office directs that Moderate and High risk cases should receive a more intensive level of supervision).

RE: CARTER, Antonio A.

Mr. Carter has been on supervision for over a year and a half and has not had any violations. He appears to be compliant and stable at this time. Therefore, it is respectfully recommended that Mr. Carter's current request to travel outside the United States be granted. If approved, Mr. Carter will be required to submit all travel documentation to this officer prior to departure. Please indicate below whether the travel request outside the continental United States is approved or not approved.

Should Your Honor have any questions, please contact this officer at (937)512-1479.

Respectfully submitted,

*Melissa Stidham*
Melissa Stidham
2017.05.05 14:44:22
-04'00'

Melissa Stidham
U. S. Probation Officer

Reviewed and Approved,

*John J. Menke*
John J. Menke
2017.05.05 14:57:41
-04'00'

John J. Menke
Supervising U.S. Probation Officer

____✓____  Travel Approved

_____  Travel Not Approved

_____
Judge's Signature

___5-5-17___
Date